JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO VERGARA MORALES,<br><br>  Plaintiff,<br><br>  v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT, et al.,<br><br>  Respondent. | Case No. 5:22-cv-00694-FLA (SP)<br><br>**JUDGMENT** |

Pursuant to the Memorandum and Order Denying Motion for Preliminary Injunction and Summarily Dismissing Complaint,

IT IS HEREBY ADJUDGED that the Complaint and this action are dismissed without prejudice and without leave to amend.

Dated: July 18, 2022

FERNANDO L. AENLLE-ROCHA
United States District Judge